IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTONIO BONNEY                                                    PLAINTIFF

V.                                   CAUSE NO.:  4:11-cv-00107-WAP-JMV

LEFLORE COUNTY, MISSISSIPPI,
DEPUTY RICHARD "CHIP" ROBERTS,
DEPUTY WILLIAM CARTER,
DEPUTY DONALD RADFORD, AND OFFICER(S)
JOHN DOE, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES                                           DEFENDANTS

## MOTION FOR A SETTLEMENT CONFERENCE

COMES NOW Plaintiff ANTONIO BONNEY (hereinafter Plaintiff), by and through his attorneys of record, and files this, his Motion for a Settlement Conference, and would show unto the Court the following:

1. Plaintiff filed his original Complaint on or about February 3, 2010 against Leflore County and Officer(s) John Does in the Circuit Court of Leflore County, Mississippi.

2. Subsequent to Plaintiff filing his Original Complaint, Plaintiff filed a Motion to Amend his Complaint, in order to add additional defendants, namely, "Deputy Richard Chip Roberts" and "Deputy William Carter". Plaintiff also sought to add additional causes of action, namely: "Violation of Federal Due Process, Equal Protection, Civil Rights Laws Under 42

       U.S.C. § 1983 and 28 U.S.C. § 1343 et al"; and "Excessive Force." Said motion was filed on or about 8/12/11.

3. Plaintiff also filed an Amended Motion to Amend Complaint, on or about 8/19/11, requesting to add "Deputy Donald Radford," as an additional defendant. Plaintiff's original and amended motions were granted by the Circuit Court of Leflore County, Mississippi on August 22, 2011.

4. Defendant filed a Notice of Removal on or about September 2, 2011, and said action was removed from the Circuit Court of Leflore County to the United States District Court For The Northern District of Mississippi Greenville District on or about September 2, 2011. [Doc. 1].

5. Now, through his counsels of record, Plaintiff seeks to move this Honorable Court to order a settlement conference with the Magistrate Judge assigned to this case.

6. The Defendants will suffer no prejudice if required to participate in a settlement conference with the Magistrate Judge assigned to this case.

7. In accordance with Rule 7(10) of the Local Uniform Rules of the United States District Courts for the Northern District of Mississippi, Plaintiff advises this Honorable Court that the Defendants are not opposed to this non-dispositive motion.

8. Plaintiff's motion should be granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Antonio Bonney prays that this Honorable Court will grant his Motion for a Settlement Conference, based upon the reasons and logic set forth herein. Given the simplicity of this motion, Plaintiff prays to

be excused from filing the requisite memorandum of laws. Plaintiff also prays for all other general relief this Honorable Court deems to be fair and just.

RESPECTFULLY SUBMITTED, this the 31st day of August, 2012.

Antonio Bonney, Plaintiff

/s Tangala L. Hollis

BY: _____
CARLOS E. MOORE, MSB # 100685
TANGALA L. HOLLIS MSB # 103301

Of Counsel:

**MOORE LAW OFFICE, PLLC**
P.O. BOX 1487
GRENADA, MS 38902-1487
662-227-9940 (phone)
662-227-9941 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 31, 2012 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

R. Jarrad Garner, Esq.
Jared P. Carrubba, Esq.
ADAMS AND REESE LLP
Post Office Box 24297
Jackson, MS 39225-4297

THIS, the 31st day of August, 2012.

/s Tangala L. Hollis
_____
Carlos E. Moore, Esq.
Tangala L. Hollis. Esq.