IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTONIO BONNEY                                                                                          PLAINTIFF

V.                                                                              CAUSE NO.: 4:11CV00107-SA-JMV

LEFLORE COUNTY, MISSISSIPPI,
DEPUTY RICHARD "CHIP" ROBERTS,
DEPUTY WILLIAM CARTER,
DEPUTY DONALD RADFORD, AND
OFFICER(S) JOHN DOE, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES                                          DEFENDANTS

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 26th day of November, 2013.

                                                  **/s/ Sharion Aycock**
                                                  **UNITED STATES DISTRICT JUDGE**