### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**ANTONIO BONNEY**                                                                **PLAINTIFF**

**V.**                           **CIVIL ACTION NO. 4:11-cv-00107-SAA-JMV**

**LEFLORE COUNTY, MISSISSIPPI,**
**DEPUTY RICHARD "CHIP" ROBERTS,**
**DEPUTY WILLIAM CARTER,**
**DEPUTY DONALD RADFORD, AND**
**OFFICER(S) JOHN DOE, IN THEIR**
**INDIVIDUAL AND OFFICAL CAPACITIES**               **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the joint *ore tenus* motion of Plaintiff and Defendants, and the Court being advised that the parties have compromised and resolved all claims herein and therefore desire the Court to dismiss Plaintiff's claims and Complaints herein with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims and Complaints herein are hereby dismissed with prejudice, with each party to bear their own costs of litigation.

SO ORDERED AND ADJUDGED this the 23rd day of January, 2014.

                                                          /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Carlos E. Moore*
Carlos E. Moore (MSB # 100685)
Attorney for Plaintiff

*/s/ R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Attorney for Defendants